FILED: November 4, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4221

(1:12-cr-00088-MR-DLH-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

ALEX DEAN NELSON

       Defendant - Appellant

_____

O R D E R

_____

The court grants the motion for extension and extends the time for filing response to the motion to dismiss to 11/14/14.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk